IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-492-D

| | |
|---|---|
| KEVETTA S. WYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA STATE VETERANS ) | |
| HOME-FAYETTEVILLE, ) | |
| ) | |
| Defendant. ) | |

On February 6, 2024, defendant filed a joint motion for judicial settlement conference. See [D.E. 11]. The motion [D.E. 11] is GRANTED and this matter is referred to Magistrate Judge James E. Gates for a court-hosted settlement conference. Judge Gates will contact the parties concerning the schedule for the settlement conference.

SO ORDERED. This 7 day of February, 2024.

JAMES C. DEVER III
United States District Judge