IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **KEVETTA S. WYNN,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**NORTH CAROLINA STATE VETERANS HOME-FAYETTEVILLE,**<br><br>       **Defendant.** | Civil Action No. 5:23-cv-00492-D-RJ |

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE CORRECT ENTITY AS DEFENDANT AND AMEND CAPTION

The Parties having filed a joint motion to substitute a party and amend the caption in this matter, and the Court having reviewed the Parties' motion and finding good cause shown, **IT IS HEREBY ORDERED THAT:**

1. "PruittHealth Veteran Services - North Carolina, Inc." is hereby substituted for the current named Defendant "North Carolina State Veterans Home – Fayetteville".

2. The Clerk shall terminate "North Carolina State Veterans Home – Fayetteville" as Defendant in this matter; and

3. The Clerk shall amend the caption of this matter to read as follows: "Kevetta S. Wynn, Plaintiff, v. PruittHealth Veteran Services - North Carolina, Inc., Defendant."

SO ORDERED. This the 13 day of March, 2024.

*/s/ James Dever*
JAMES DEVER III
United States District Judge